374 A.2d 708

Commonwealth v. Plummer, Appellant.

 Submitted March 18, 1974. Patrick J. Flannery, Assistant Public Defender, for appellant; James R. Anzalone, Assistant District Attorney, and Patrick J. Toole, Jr., District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.